No. 02–8502. MARTIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8504. ARMANDO MENDOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8509. BELLE *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–8511. LOFTIAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8515. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8517. VUKADINOVICH *v.* BOARD OF SCHOOL TRUSTEES OF NORTH NEWTON SCHOOL CORPORATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–8518. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8519. ROBINSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–8520. RUSSELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–8524. RICHMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8526. CASTILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8527. HAMMER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–8528. GODOY-AGUIRRE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8531. VAZQUEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–8540. BERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.